FILED

2003 NOV -6  A 11: 22

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| MICHAEL McGUINNESS, | : CASE NO. 3:02CV0842(CFD) |
| *Plaintiff,* | : |
| v. | : |
| H. WAYNE CARVER, II, M.D. and LENA J. THERAULT | : |
| *Defendants.* | : November 6, 2003 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION

COMES NOW the defendants H. Wayne Carver, II., M.D. and Lena Therault and pursuant to Local Rule 7(b), hereby request an extension of time of thirty (30) days, or until December 7, 2003, in which to serve responses to plaintiff's first set of interrogatories and request for production dated October 7, 2003 in the above-captioned matter. In support of this motion, the defendant represents as follows:

1.  The defendants need additional time to investigate the discovery requests, compile and prepare responses to these discovery requests.

2.  On the morning of November 5, 2003, the undersigned counsel's office contacted the plaintiff's counsel, Karen Lee Torre, Esq., to ascertain plaintiff's position with respect to this motion and left a message explaining this motion. As of the date of mailing this motion on November 6, 2003 at 10:30 a.m., Attorney Torre has not responded.

3. This is the defendant's first request for additional time in which to file responses to plaintiff's first set of discovery requests.

WHEREFORE, the defendant respectfully requests an additional 30 days, or until December 7, 2003, in which to file responses to plaintiff's first set of discovery requests.

DEFENDANTS,
H. WAYNE CARVER, II, M.D.,
and LENA THERAULT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Edward F. Osswalt
Assistant Attorney General
Federal Bar No. ct15252
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax.: (860) 808-5383
E-mail: Edward.Osswalt@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Extension of Time to Respond To Plaintiff's First Set of Interrogatories and Request For Production was sent by United States first class mail, postage prepaid, this 6th day of November, 2003, to:

Karen Lee Torre, Esq.
51 Elm Street, Suite 307
New Haven, CT 06510
Tel.: (203) 865-5541

Edward F. Osswalt
Assistant Attorney General

3