24

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

MICHAEL McGUINESS          CIVIL ACTION NO.
   *Plaintiff*             :   3:02CV0842(CFD)
                                 :
   v.                      :
                                 :

H. WAYNE CARVER, II, M.D. and
LENA J. THERAULT                :
   *Defendants*            :   May 15, 2003

## MOTION TO COMPEL

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Local Rule 37, the defendants respectfully request that this Court order the plaintiff to cooperate in discovery by responding to their Interrogatories and Requests for Production, dated February 26, 2003. In support of their motion, the Defendants represent as follows:

    1.     The defendants sent Defendants' Interrogatories and Requests for Production to the plaintiff, Michael McGuiness, on February 26, 2003. A copy of that request is appended hereto as Attachment A.

    2.     The plaintiff through counsel on March 5, 2003 (Doc. # 20) requested an enlargement of time to respond to defendants' Interrogatories and Requests for Production to and including April 26, 2003.

    3.     Defendants' counsel sent via facsimile a letter to Angelica N. Papastavros, Esq., of the Law Offices of Karen Lee Torre, who was serving as plaintiff's counsel at the time, representing he had no objection to plaintiff's motion for enlargement of time on the understanding that the discovery request would be complied by April 28, 2003. (A copy of that letter and receipt of said letter is attached hereto as Attachment B).

*Denied, w/out prejudice.*
*So ordered.*
11/2/03