#29

FILED

2003 NOV -6 A 11: 22

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

US DISTRICT COURT
HARTFORD CT

MICHAEL McGUINNESS, : CASE NO. 3:02CV0842(CFD)

*Plaintiff,*

v.

H. WAYNE CARVER, II, M.D.
and LENA J. THERAULT
*Defendants.* : November 6, 2003

GRANTED. absent objection
It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 11/11/03

**MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET
OF INTERROGATORIES AND REQUEST FOR PRODUCTION**

COMES NOW the defendants H. Wayne Carver, II., M.D. and Lena Therault and pursuant to Local Rule 7(b), hereby request an extension of time of thirty (30) days, or until December 7, 2003, in which to serve responses to plaintiff's first set of interrogatories and request for production dated October 7, 2003 in the above-captioned matter. In support of this motion, the defendant represents as follows:

1. The defendants need additional time to investigate the discovery requests, compile and prepare responses to these discovery requests.

2. On the morning of November 5, 2003, the undersigned counsel's office contacted the plaintiff's counsel, Karen Lee Torre, Esq., to ascertain plaintiff's position with respect to this motion and left a message explaining this motion. As of the date of mailing this motion on November 6, 2003 at 10:30 a.m., Attorney Torre has not responded.