## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL McGUINNESS, | : | CASE NO. 3:02CV0842(CFD) |
| *Plaintiff*, | : | |
| v. | : | |
| H. WAYNE CARVER, II, M.D. and LENA J. THERAULT | : | |
| *Defendants*. | : | February 17, 2004 |

### JOINT MOTION TO MODIFY THE SCHEDULING ORDER

COMES NOW the plaintiff and the defendants in the above-captioned matter and, through defendants' counsel, pursuant to Local Rule 7(b), hereby request an order to modify the exiting Scheduling Order to extend the deadline for discovery and filing of dispositive motions until April 10, 2004 and May 10, 2004, respectively.

1. The current Scheduling Order (Endorsement 28-1, October 2, 2003) has set the discovery deadline for March 1, 2004 and deadline for dispositive motions for April 1, 2004.

2. The parties have been exchanging information and discovery material.

3. Because of illnesses, trial schedules and the press of other business affecting both counsel for plaintiff and counsel for the defendants, two scheduled depositions have yet to be conducted despite good faith efforts.

4. Plaintiff's counsel will be unavailable from the date hereof through March 1, 2004.

5. The undersigned acted as department head for a period due to the absence of Assistant Attorney General Margaret Q. Chapple, out on an extended medical leave. The temporary assignment and a heavy caseload has caused a backlog of pressing matters that need immediate attention.

6. The parties will cause the depositions to be scheduled in advance of April 10, 2004, the new discovery deadline should this motion be granted.

7. This is the parties first request for modification of the Scheduling Order.

8. Respective counsel have conferred concerning this motion and plaintiff's counsel, Karen Lee Torre, Esq., has authorized the undersigned to represent that she joins in this motion to modify the Scheduling Order.

WHEREFORE, the parties respectfully request a modification of the Scheduling Order, extending the discovery deadline to April 10, 2004 and for filing of dispositive motions to May 10, 2004.

DEFENDANTS,
H. WAYNE CARVER, II, M.D.,
and LENA THERAULT

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
    Edward F. Osswalt
    Assistant Attorney General
    Federal Bar No. ct15252
    55 Elm Street, P.O. Box 120
    Hartford, CT  06141-0120
    Tel.:  (860) 808-5340
    Fax.: (860) 808-5383
    E-mail: Edward.Osswalt@po.state.ct.us


## **CERTIFICATION**

I hereby certify that a copy of the foregoing Joint Motion to Modify Scheduling Order was sent by United States first class mail, postage prepaid, this 17th day of February, 2004, to:

Karen Lee Torre, Esq.
51 Elm Street, Suite 307
New Haven, CT 06510
Tel.: (203) 865-5541


_____
Edward F. Osswalt
Assistant Attorney General

3