FILED

2004 FEB 18 P 2: 03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL McGUINNESS, | : CASE NO. 3:02CV0842(CFD) |
| *Plaintiff,* | : |
| v. | : |
| H. WAYNE CARVER, II, M.D. and LENA J. THERAULT | : |
| *Defendants.* | : February 17, 2004 |

## JOINT MOTION TO MODIFY THE SCHEDULING ORDER

COMES NOW the plaintiff and the defendants in the above-captioned matter and, through defendants' counsel, pursuant to Local Rule 7(b), hereby request an order to modify the exiting Scheduling Order to extend the deadline for discovery and filing of dispositive motions until April 10, 2004 and May 10, 2004, respectively.

1. The current Scheduling Order (Endorsement 28-1, October 2, 2003) has set the discovery deadline for March 1, 2004 and deadline for dispositive motions for April 1, 2004.

2. The parties have been exchanging information and discovery material.

3. Because of illnesses, trial schedules and the press of other business affecting both counsel for plaintiff and counsel for the defendants, two scheduled depositions have yet to be conducted despite good faith efforts.

4. Plaintiff's counsel will be unavailable from the date hereof through March 1, 2004.

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 3/2/04