**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MICHAEL McGUINNESS, | : | CASE NO. 3:02CV0842(CFD) |
| | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| H. WAYNE CARVER, II, M.D. | : | |
| and LENA J. THERAULT | : | |
| *Defendants*. | : | June 14, 2004 |

**MOTION TO MODIFY THE SCHEDULING ORDER NUNC PRO TUNC**

COMES NOW the defendants, through counsel, pursuant to Local Rule 7(b), hereby

requesting an order to re-open and modify the exiting Scheduling Order in order to extend the

deadline for filing of dispositive motions through July 30, 2004.

1.      The current Scheduling Order (Doc. # 33, March 3, 2004) set the deadline for

filing dispositive motions for May 10, 2004.

2.      Defendants note that Angela N. Papastavros filed her appearance for the plaintiff

on or about July 25, 2002 (Doc. # 4) while in the employ of the law office of Karen Lee Torre.

Ms. Papastavaros filed a motion to withdraw her appearance for the plaintiff on March 24, 2003

(Doc. # 22), said request was granted by the court on April 7, 2003 (Endorsement 22-1).  Ms.

Torre has not filed her appearance for the plaintiff to date.

3.      Due to the press of a heavy caseload and other matters that needed immediate

attention, the undersigned inadvertently failed to file the dispositive motion. The undersigned

apologizes to the Court and begs its indulgence in this request.

4.      The undersigned, with the Court's permission, will file the defendants' summary judgment motion and supporting papers on or before July 30, 2004.

5.      This is the defendants' second request for modification of the Scheduling Order.

6.      Pursuant to Local Rule 7(b), the undersigned contacted this date plaintiff's counsel, Karen Lee Torre, Esq., concerning this motion and she has authorized the defendants to represent that she has no objection to this motion.  Plaintiff's counsel further represents that she will be filing her own motion to re-open the discovery deadline in order to take depositions.  The undersigned advised Attorney Torre that defendants object to extending the discovery deadline which expired April 10, 2004.


WHEREFORE, the defendants respectfully request to a modification of the Scheduling Order, extending  the deadline for of dispositive motions to July 30, 2004.

DEFENDANTS,
H. WAYNE CARVER, II, M.D.,
and LENA THERAULT

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
Edward F. Osswalt
Assistant Attorney General
Federal Bar No. ct15252
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel.:  (860) 808-5340
Fax.: (860) 808-5383
E-mail: Edward.Osswalt@po.state.ct.us


## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion to Modify Scheduling Order was sent

by United States first class mail, postage prepaid, this  14th   day of June, 2004, to:

Karen Lee Torre, Esq.
51 Elm Street, Suite 307
New Haven, CT 06510
Tel.: (203) 865-5541


_____
Edward F. Osswalt
Assistant Attorney General