UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL McGUINNESS | : | CIVIL ACTION NO. 3:02CV0842(CFD) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| H. WAYNE CARVER, II, M.D. | : | |
| and LENA J. THERAULT | : | |
| *Defendants* | : | June 23, 2004 |

**JOINT MOTION TO REOPEN SCHEDULING ORDER**
**TO EXTEND DISCOVERY PERIOD NUNC PRO TUNC**

The undersigned counsel for the parties in the captioned matter respectfully move this Court to reopen the current Scheduling Order and extend the date for discovery nunc pro tunc up to and including September 3, 2004. In support hereof, the undersigned counsel represent:

1.   Written discovery has been propounded and answered by all parties. Defendants commenced the deposition of the plaintiff in March 2004 which had to be cut short because of plaintiff's counsel health issue.

2.   Defendants were unable to resume plaintiff's deposition nor was plaintiff able to depose defendants as a result of health issues and the press of business including other litigation.

3.   Plaintiff's counsel was consumed by trial preparation and trial proceedings before the Honorable Stephan R. Underhill in the case of Lamorte v. Leonard which went to verdict on April 29, 2004 and final judgment on May 3, 2004. For ten days thereafter until May 18, 2004 the undersigned's time was largely consumed by post-verdict issues in that case which were eventually resolved which concluded in whole by settlement negotiations.

  4. After the proceedings in <u>Lamorte v. Leonard</u>, and up until the present time, plaintiff's counsel has had to take leave from her practice to attend to a terminally ill parent. Plaintiff's counsel is a solo practitioner and thus does not have the benefit of an associate who can cover and handle her various obligations. Due to this family obligation, the undersigned has been able to appear at her office only sporadically and while timely motions for enlargement of time have been filed in connection with other files, through inadvertence and excusable oversight, plaintiff's counsel did not file a motion for enlargement last month when such was due.

  5. As noted hereinabove, written discovery has been conducted and completed in this case. What remains to be done on plaintiff's side is the taking of the defendant's deposition, anticipated to last one-half day, and two other short depositions. On defendant's side, completion of plaintiff's deposition is necessary.

  6. The summer vacation season will make scheduling somewhat more difficult which is why the parties seek an extension until September 3, 2004. The parties respectfully request that the time for filing dispositive motions be extended through October 15, 2004 if the discovery period is extended through September 3, 2004 as requested.

 WHEREFORE, the undersigned jointly move <u>nunc pro tunc</u> for an enlargement of the discovery period through September 3, 2004 and the time for filing dispositive motions through October 15, 2004.

                    PLAINTIFFS
                    MICHAEL MCGUINNES

BY : _____
       Karen Lee Torre, Esq.
       Law Offices of Karen Lee Torre
       51 Elm Street, Suite 307
       New Haven, CT  06510
       Tel : (203) 865-5541
       Fax : (203) 865-4844
       Federal Bar #ct01707


       DEFENDANTS
       H. WAYNE CARVER II, M.D.,
       LENA J. THERAULT.

       RICHARD BLUMENTHAL
       ATTORNEY GENERAL


BY: _____
       Edward F. Osswalt
       Assistant Attorney General
       55 Elm Street, P.O. Box 120
       Hartford, CT  06141-0120
       Tel:  (860) 808-5340
       Fax: (860) 808-5383
       Edward.Osswalt@po.state.ct.us
       Federal Bar #ct15252

## **CERTIFICATION**

I hereby certify that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure a copy of the foregoing Joint Motion to Reopen Scheduling Order to Extend Discovery Period Nunc Pro Tunc was mailed, first class postage prepaid, this 23rd day of June, 2004 to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT  06510
Tel.: (203) 865-5541

_____
Edward F. Osswalt
Assistant Attorney General