UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL McGUINNESS | : | CIVIL ACTION NO. 3:02CV0842(CFD) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| H. WAYNE CARVER, II, M.D. | : | |
| and LENA J. THERAULT | : | |
| *Defendants* | : | June 18, 2004 |

**DEFENDANTS' MOTION FOR PERMISSION TO WITHDRAW**
**MOTION FOR EXTENSION OF TIME NUNC PRO TUNC (DKT. 34)**

Come now the defendants in the captioned matter and respectfully move this Court, pursuant to Loc. Rule Civ. P. 83.6(a), for permission to withdraw their unopposed Motion For Extension of Time Nunc Pro Tunc dated June 14, 2004 and docketed June 15, 2004 as Dkt. No. 34. The defendants, in support of this motion, respectfully represent:

1.  Counsel for the defendants and plaintiffs' counsel have agreed to enter into a Joint Motion moving this court to reopen the scheduling order and extend both the discovery period and the date for filing dispositive motions.

2.  Counsel believe that the Joint Motion sets forth good cause for extending the discovery period based on plaintiff's counsel's representations as to family health issues. Counsel have not been inattentive to this case and represent that both parties have propounded written discovery and have commenced the deposition of plaintiff which was interrupted by plaintiff's counsel's health and family issues and thereafter could not be resumed due to those issues and the press of business including plaintiff's counsel's trial.

3.  Said Joint Motion is to be filed forthwith.

WHEREFORE, the defendants respectfully request that this Court permit withdrawal of their Motion docketed as Dkt. No. 34.

    DEFENDANTS
    H. WAYNE CARVER II, M.D.,
    LENA J. THERAULT.

    RICHARD BLUMENTHAL
    ATTORNEY GENERAL

BY: _____
    Edward F. Osswalt
    Assistant Attorney General
    55 Elm Street, P.O. Box 120
    Hartford, CT  06141-0120
    Tel:  (860) 808-5340
    Fax: (860) 808-5383
    Edward.Osswalt@po.state.ct.us
    Federal Bar # 15252

## CERTIFICATION

I hereby certify that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure a copy of the foregoing Defendants Motion For Permission to Withdraw Motion For Extension of Time Nunc Pro Tunc (Dkt. 34) was mailed, first class postage prepaid, this 23rd day of June, 2004 to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT  06510
Tel.: (203) 865-5541

_____
Edward F. Osswalt
Assistant Attorney General