UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL McGUINNESS | : | CIVIL ACTION NO. 3:02CV0842(CFD) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| H. WAYNE CARVER, II, M.D. | : | |
| and LENA J. THERAULT | : | |
| *Defendants* | : | August 17, 2004 |

**JOINT MOTION FOR REFERRAL TO MAGISTRATE
JUDGE GARFINKEL FOR SETTLEMENT CONFERENCE**

Come now the plaintiff and the defendant in the captioned action and, acting by and through counsel, respectfully request that the captioned matter be referred to Magistrate Judge William Garfinkel. In support of this motion, the parties represent as follows:

1.  Discovery in this matter, both written and by way of deposition, has been substantially completed.

2.  Respective counsel for the parties currently share a good faith belief that settlement of this matter is possible.

3.  This case was previously referred to Magistrate Judge Garfinkel approximately one year ago. Discussions at the time proved unfruitful largely because intensive discovery had not been undertaken at that point. Judge Garfinkel is very familiar with the claims and defenses of the parties.

4.  Referral to the Magistrate Judge will not occasion a significant delay in the progress of the matter. It has been reported to counsel that, should the Court refer the matter as mutually requested, a date for the parties' conferencing with Magistrate Judge Garfinkel is possible in late October or November of this year.

WHEREFORE, the parties respectfully request that the captioned matter be referred to Judge Garfinkel for the purposes of conducting a settlement conference for the foregoing reasons.

                PLAINTIFF
                MICHAEL MCGUINNESS

BY : _____
                Karen Lee Torre, Esq.
                Law Offices of Karen Lee Torre
                51 Elm Street, Suite 307
                New Haven, CT  06510
                Tel : (203) 865-5541
                Fax : (203) 865-4844
                Federal Bar #ct01707

                DEFENDANTS
                H. WAYNE CARVER II, M.D.,
                LENA J. THERAULT.

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY: _____
                Edward F. Osswalt
                Assistant Attorney General
                55 Elm Street, P.O. Box 120
                Hartford, CT  06141-0120
                Tel:  (860) 808-5340
                Fax: (860) 808-5383
                Edward.Osswalt@po.state.ct.us
                Federal Bar # 15252