UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| MICHAEL McGUINNESS<br>*Plaintiff*<br><br>v.<br><br>H. WAYNE CARVER, II, M.D.<br>and LENA J. THERAULT<br>*Defendants* | CIVIL ACTION NO. 3:02CV0842(CFD)<br><br>2004 NOV 23 P 12:12<br><br>U.S. DISTRICT COURT<br>HARTFORD, CT.<br><br><br>August 17, 2004 |

**JOINT MOTION FOR REFERRAL TO MAGISTRATE
JUDGE GARFINKEL FOR SETTLEMENT CONFERENCE**

Come now the plaintiff and the defendant in the captioned action and, acting by and through counsel, respectfully request that the captioned matter be referred to Magistrate Judge William Garfinkel. In support of this motion, the parties represent as follows:

1. Discovery in this matter, both written and by way of deposition, has been substantially completed.

2. Respective counsel for the parties currently share a good faith belief that settlement of this matter is possible.

3. This case was previously referred to Magistrate Judge Garfinkel approximately one year ago. Discussions at the time proved unfruitful largely because intensive discovery had not been undertaken at that point. Judge Garfinkel is very familiar with the claims and defenses of the parties.

4. Referral to the Magistrate Judge will not occasion a significant delay in the progress of the matter. It has been reported to counsel that, should the Court refer the matter as mutually requested, a date for the parties' conferencing with Magistrate Judge Garfinkel is possible in late October or November of this year.

*[Handwritten notation in left margin: Granted. So ordered. 10/6/04]*