**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MICHAEL McGUINNESS, | : |
|     Plaintiff | : |
| | : |
| v. | : Civil Action No. 3:02CV842FD) |
| | : |
| H. WAYNE CARVER, II, M.D. and | : |
| LENA J. THERAULT, | : |
|     Defendants | : |

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_ A recommended ruling on the following motions which are currently pending: (orefm.)

\_\_\_\_ A ruling on the following motion which is currently pending: (orefm.)

_X_ A settlement conference (orefmisc./cnf)

\_\_\_\_ A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_\_ Other: (orefmisc./misc) _____

SO ORDERED this  11th  day of October, 2004, at Hartford, Connecticut.

                                                       /s/ CFD
                                                     Christopher F. Droney
                                                     United States District Judge