FILED
2004 DEC 13 A 11: 29
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL MCGUINNESS  :
  :
　Plaintiff  :
  :
V.  : CIVIL NO. 302CV00842 CFD
  :
H. WAYNE CARVER II, M.D., ET AL.  :
  : December 10, 2004
　Defendant  :

## APPEARANCE

Please enter the appearance of Karen Lee Torre as attorney for the Plaintiff in the above-captioned matter.

　　　　　　　　　　　THE PLAINTIFF
　　　　　　　　　　　MICHAEL MCGUINNESS

　　　　　　　　　　　BY: _____
　　　　　　　　　　　KAREN LEE TORRE
　　　　　　　　　　　Federal Bar No. ct01707
　　　　　　　　　　　Law Offices of Karen Lee Torre
　　　　　　　　　　　51 Elm Street
　　　　　　　　　　　Suite 307
　　　　　　　　　　　New Haven, CT 06510
　　　　　　　　　　　(203) 865-5541
　　　　　　　　　　　His Attorney

## CERTIFICATION

I hereby certify that the foregoing was sent via first class mail on December 10, 2004 to:

Edward F. Osswalt, Esq.
Assistant Attorney General
Office of the Attorney General
55 Elm Street. P.O. Box 120
Hartford CT 06141-0120

　　　　　　　　　　　_____
　　　　　　　　　　　KAREN LEE TORRE

LAW OFFICES OF KAREN LEE TORRE • 51 ELM STREET, SUITE 307, NEW HAVEN, CONNECTICUT 06510 • TEL: (203) 865-5541

FILED

2004 DEC 13 A 11: 29

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL MCGUINNESS | : |
| Plaintiff | : |
| | : CIVIL NO. 302CV00842 CFD |
| V. | : |
| H. WAYNE CARVER II, M.D., ET AL. | : |
| | : December 10, 2004 |
| Defendant | : |

## NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE that we are unable to produce documents in .pdf form.

THE PLAINTIFF
MICHAEL MCGUINNESS

BY: *(signature)*
KAREN LEE TORRE
Federal Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street
Suite 307
New Haven, CT 06510
(203) 865-5541
His Attorney

## CERTIFICATION

I hereby certify that the foregoing was sent via first class mail on December 10, 2004 to:

Edward F. Osswalt, Esq.
Assistant Attorney General
Office of the Attorney General
55 Elm Street. P.O. Box 120
Hartford CT 06141-0120

*(signature)*
KAREN LEE TORRE