UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MICHAEL MCGUINNESS            :

  Vs.                         :        CASE NO. 3:02CV842(CFD)

H. WAYNE CARVER, II           :
LENA J. THERAULT

**JUDGMENT**

Counsel of record having reported to the court on February 17, 2005 that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, April 29, 2005.

                            KEVIN F. ROWE, CLERK

                            BY _____
                                 Devorah Johnson
                                 Deputy Clerk

EOD_____