UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL McGUINNESS | : | CIVIL ACTION NO. 3:02CV0842(CFD) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| H. WAYNE CARVER, II, M.D. | : | |
| and LENA J. THERAULT | : | |
| *Defendants* | : | JUNE 3, 2005 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to a dismissal with prejudice of the above-captioned matter as to the defendants H. Wayne Carver, II., M.D. and Lena J. Therault in both their individual and official capacity, without any award of attorney's fees or costs to any party and in accordance with an agreement between the parties.

                                                                            THE PLAINTIFF
                                                                            MICHAEL McGUINNESS

Signed this _____ day of June, 2005       BY:       _____
                                                                            Karen Lee Torre, Esq.
                                                                            Law Offices of Karen Lee Torre
                                                                            51 Elm Street, Suite 307
                                                                            New Haven, CT  06510

                                                                            THE DEFENDANTS
                                                                            H. WAYNE CARVER, II., M.D.
                                                                            and LENA J. THERAULT

                                                                            RICHARD BLUMENTHAL
                                                                            ATTORNEY GENERAL

Signed this _____ day of June, 2005       BY:       _____
                                                                            Edward F. Osswalt
                                                                            Assistant Attorney General
                                                                            Federal Bar No. ct15252
                                                                            55 Elm Street - P.O. Box 120
                                                                            Hartford, CT  06141-0120
                                                                            Tel:  (860) 808-5340
                                                                            E-mail: edward.osswalt@po.state.ct.us